# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KENNETH L. KAZORT, SR. & KATHERINE L. KAZORT          Case Number: 05-72456
170 CLOUD MIST DRIVE               SSN-xxx-xx-4439 & xxx-xx-3231
CAPRON, IL  61012

|  |  |
|---|---|
| Case filed on: | 5/13/2005 |
| Plan Confirmed on: | 7/8/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $79,200.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 0.00 | 0.00 | 48,260.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 48,260.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 007 | BLATT AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIANCE ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDITORS PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PLATINUM RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NATIONAL FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | COLLECT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | BLATT AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | AMERICAN RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | BOUDREAU & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 215 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KENNETH L. KAZORT, SR. | 0.00 | 0.00 | 3,390.53 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,390.53 | 0.00 |
| 002 | CHASE HOME FINANCE LLC | 4,262.45 | 4,262.45 | 4,262.45 | 0.00 |
|  | Total Secured | 4,262.45 | 4,262.45 | 4,262.45 | 0.00 |
| 003 | ALYON TECHNOLOGIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMCORE BANK NA | 1,815.04 | 1,815.04 | 1,815.04 | 0.00 |
| 005 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | RESURGENT CAPITAL SERVICES | 3,438.37 | 3,438.37 | 3,438.37 | 0.00 |
| 008 | BANK ONE USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BELVIDERE FAMILY DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BLENDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BP AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BRIGHTER VISION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CHASE GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RESURGENT CAPITAL SERVICES | 2,234.66 | 2,234.66 | 2,234.66 | 0.00 |
| 018 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MICHAEL KROL, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | IN WAVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS PROTECTION SERVICE, INC | 82.00 | 82.00 | 82.00 | 0.00 |
| 023 | MEDIA ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MERCY HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NEXTCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 1,026.40 | 1,026.40 | 1,026.40 | 0.00 |
| 028 | OPEX | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | STUFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 3,867.93 | 3,867.93 | 3,867.93 | 0.00 |
| 035 | UNITED HOME/AUTO INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | VILLAGE OF CAPRON | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | WAL MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | CARDHOLDER SERVICES | 4,547.71 | 4,547.71 | 4,547.71 | 0.00 |
|  | Total Unsecured | 17,012.11 | 17,012.11 | 17,012.11 | 0.00 |
|  | Grand Total: | 22,774.56 | 22,774.56 | 74,425.09 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $74,425.09 |
| Trustee Allowance: | $4,774.91 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008             By   /s/Heather M. Fagan